UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

In re:
**Valentina Tajohn Lee**,

Soc. Sec. No. xxx-xx-4065
Mailing Address: 4507 Millpoint Road, Greensboro, NC 27406-

Debtor.

Case No.: 25-10824

Chapter 13

## AFFIDAVIT REGARDING SERVICE OF PLAN

I, Charlene Ennemoser, certify that on 11/25/25, a copy of the **Chapter 13 Plan** was served on each of the creditors listed in subsections 4.1(d), 4.2(d) or 4.3(e) of the Chapter 13 Plan, as follows:

By regular, **first class United States mail**, postage fully pre-paid, upon the following creditors:

Other non-FDIC creditors served:

Navy Federal Credit Union
Attn: Officer
820 Follin Lane Se
Vienna, VA 22180-

<u>and</u>  by regular, **first class United States mail**, postage fully pre-paid, upon the following parties:

All other creditors listed on the <u>attached mailing matrix</u>. (updated to include the mailing address listed on any and every proof of claim already filed in this case)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: 11/25/25

/s Charlene Ennemoser
Charlene Ennemoser

CertificateOfService.wpt (rev. 7/4/18)

| | | |
|---|---|---|
| Employment Security Commission<br>Attn: Benefit Payment Control<br>Post Office Box 26504<br>Raleigh, NC 27611-6504 | NC Child Support<br>Centralized Collections<br>Post Office Box 900006<br>Raleigh, NC 27675-9006 | Equifax Information Systems LLC<br>P.O. Box 740241<br>Atlanta, GA 30374-0241 |
| Experian<br>P.O. Box 2002<br>Allen, TX 75013-2002 | Trans Union Corporation<br>P.O. Box 2000<br>Crum Lynne, PA 19022-2000 | Internal Revenue Service (MD)**<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| US Attorney's Office  (MD)**<br>101 S. Edgeworth Street, 4th floor<br>Greensboro, NC 27401 | U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530-0001 | North Carolina Dept. of Revenue**<br>Post Office Box 1168<br>Raleigh, NC 27602-1168 |
| Acima Credit<br>9815 S Monroe Street<br>4th Floor<br>Sandy, UT 84070 | Affirm, Inc. ***<br>Attn: Bankruptcy Notice<br>30 Isabella Street, Floor 4<br>Pittsburgh, PA 15212 | Afterpay<br>760 Market Street Fl 2 Phelan Bldg<br>San Francisco, CA 94102 |
| Aldous & Associates<br>Post Office Box 171374<br>Salt Lake City, UT 84117-1374 | Apple Card - Goldman Sachs Bank USA<br>Lockbox 6112<br>Post Office Box 7247<br>Philadelphia, PA 19170-6112 | Armed Forces Bank<br>1201 Walnut Street STE 1100<br>Kansas City, MO 64106 |
| AT&T<br>Wireless Correspondence<br>Post Office Box 10330<br>Fort Wayne, IN 46851-0330 | Badcock Home Furniture & More******<br>ATTN: Officer<br>Post Office Box 1034<br>Mulberry, FL 33860 | Brinks Home Security<br>National Support Center<br>8880 Esters Boulevard<br>Irving, TX 75063 |
| Capital One Bank<br>Post Office Box 85015<br>Richmond, VA 23285-5075 | Guilford County Tax Collector ***<br>Attn: Officer<br>Post Office Box 3328<br>Greensboro, NC 27402 | Kikoff Inc<br>75 Broadway Ste 202<br>San Francisco, CA 94111 |
| Kikoff Lending, LLC<br>Post Office Box 40070<br>Reno, NV 89504 | Law Offices of John T. Orcutt<br>6616-203 Six Forks Road<br>Raleigh, NC 27615 | Midland Credit Management****<br>Attn: Consumer Support Services<br>320 E Big Beaver Rd, Ste 300<br>Troy, MI 48083 |
| Missouri Higher Education<br>Attn: Managing Officer<br>633 Spirit Dr.<br>Chesterfield, MO 63005 | Mohela<br>633 Spirit Drive<br>Chesterfield, MO 63005-1243 | Navy Federal Credit Union<br>Attn: Officer<br>820 Follin Lane SE<br>Vienna, VA 22180 |
| NC Department of Justice<br>for NC Department of Revenue<br>Post Office Box 629<br>Raleigh, NC 27602-0629 | PennyMac Loan Services, LLC<br>Attn: Officer<br>3043 Townsgate Road, Suite 200<br>Westlake Village, CA 91361-3027 | Pioneer Financial<br>9233 Ward Parkway STE 220<br>Kansas City, MO 64114 |

Summit Management Group, Inc.
Post Office Box 489
Milan, TN 38358

TBOM - Milestone
216 W 2nds Street
Dixon, MO 65459

TBOM/Fortiva MC
Post Office Box 105555
Suite 400
Atlanta, GA 30348-5555

Veterans Administration (Middle)**
Regional Office
251 North Main Street
Winston-Salem, NC 27155

Vivint**
62992 Collection Center Dr.
Chicago, IL 60693-0629

Wrenn-Zealy Properties, Inc.
1403 Sunset Dr # 5
Greensboro, NC 27408

Zions Debt Holdings
Post Office Box 878
Spanish Fork, UT 84660